UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| GAIL C. KYTTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-cv-00105-RLY-MPB |
| ) | |
| AQUITY SOLUTIONS MEDICAL ) | |
| TRANSCRIPTION SERVICE ) | |
| (formerly MMDAL), and ) | |
| KERRY PELLETIER, in her capacity as ) | |
| supervisor at AQuity Solutions, ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On January 10, 2022, the Magistrate Judge filed a Report and Recommendation, recommending that Kerry Pelletier be dismissed from this action without prejudice, as she was never properly served with process. Plaintiff failed to respond. The court, having reviewed the Report and Recommendation (Filing No. 48), now **ADOPTS** it. Ms. Pelletier is hereby **DISMISSED** from this action **without prejudice**.

**SO ORDERED** this 11th day of February 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Distribution by Mail to:
Gail C. Kytta
704 S. Kenmore Ct.
Evansville, IN  47714